UNITED STATES of America,
Plaintiff–Appellee,

v.

James M. HENDERSON, Defendant–
Appellant.

No. 09–13872

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 15, 2010.

Thomas John Butler, Thomas Butler, P.A., Miami Beach, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for James M. Henderson, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion· to withdraw is **GRANTED,** and Henderson's conviction and sentence are **AFFIRMED.**